**FILED**
United States Court of Appeals
Tenth Circuit

November 15, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| VITAMINS ONLINE, INC., a Delaware corporation, | |
| Plaintiff - Appellee/Cross-Appellant, | |
| v. | Nos. 20-4126 & 21-4152 |
| HEARTWISE, INC., an Oregon corporation, d/b/a NatureWise, | |
| Defendant - Appellant/Cross-Appellee. | |

---

**ORDER**

---

Before **CARSON**, **BALDOCK**, and **EBEL**, Circuit Judges.

---

These matters were argued by counsel and submitted to the court. Joe Trojan argued for the Appellant/Cross-Appellee. Chad Nydegger argued for the Appellee/Cross-Appellant.


Entered for the Court

CHRISTOPHER M. WOLPERT
Clerk of the Court