FILED  
United States Court of Appeals  
Tenth Circuit

June 27, 2023

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

VITAMINS ONLINE, INC., a Delaware corporation,

    Plaintiff - Appellee/ Cross-Appellant,

v.

HEARTWISE, INC., an Oregon corporation, d/b/a NatureWise,

    Defendant - Appellant/ Cross-Appellee.

Nos. 20-4126 & 21-4152  
(D.C. No. 2:13-CV-00982-DAK)  
(D. Utah)

_____

**JUDGMENT**

_____

Before **CARSON**, **BALDOCK**, and **EBEL**, Circuit Judges.

_____

These cases originated in the District of Utah and were argued by counsel.

The judgment of that court is affirmed. The cases are remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

                                              Entered for the Court

                                              CHRISTOPHER M. WOLPERT, Clerk